DICKINSON WRIGHT PLLC
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOANNA M. MYERS
Nevada Bar No. 12048
Email: jmyers@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMP GmbH & Co KG, | Case No.: 2:16-cv-02147 APG-CWH |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO EXONERATE BOND** |
| ONU.COM, an Internet domain name, | |
| Defendants. | |

Plaintiff SMP GmbH & Co KG, ("Plaintiff"), by and through its counsel, the law firm of Dickinson Wright PLLC, hereby moves the Court to exonerate the cash bond posted by Plaintiff SMP GmbH & Co KG, on September 14, 2016, in the amount of One Hundred Dollars ($100.00) and requests that this Court direct the Clerk of Court to release the funds to Plaintiff's counsel.

DATED this 22nd day of December 2016.

DICKINSON WRIGHT PLLC

/s/ John L. Krieger
JOHN L. KRIEGER
Nevada Bar No. 6023
JOANNA M. MYERS
Nevada Bar No. 12048
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorneys for Plaintiff*

LVEGAS 72264-1 93904v1

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 12, 2016, Plaintiff filed its initial complaint (Doc. 1), Motion for Temporary Restraining Order (Doc. 6) and Emergency Motion for Preliminary Injunction (Doc. 7). On September 13, 2016, the Court granted Plaintiff's Motion for Temporary Restraining Order (Doc. 13). Plaintiff on September 14, 2016, filed its Notice of Posting Bond and Certificate of Cash Deposit in the amount of $100.00. (Docs. 14 & 15), see **Exhibit 1** attached hereto. On October 21, 2016, the Court ordered this matter transferred to the United States District Court for the Eastern District of Virginia. (Doc. 28.)

Based on the foregoing, Plaintiff respectfully requests that this Court exonerate the cash bond and order the release of $100.00 to Plaintiff's counsel.

DATED this 22nd day of December 2016.

DICKINSON WRIGHT PLLC

/s/ John L. Krieger
JOHN L. KRIEGER
Nevada Bar No. 6023
JOANNA M. MYERS
Nevada Bar No. 12048
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorneys for Plaintiff*

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

2 of 3

LVEGAS 72264-1 93904v1

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 22nd day of December 2016 she caused a copy of the foregoing **PLAINTIFF'S MOTION TO EXONERATE BOND and [PROPOSED] ORDER** to be transmitted by electronic service in accordance with Administrative Order 14.2, to all interested parties, through the Court's **Odyssey E-File & Serve** system addressed to:

| Jonathan W. Fountain<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Onu.com* | |

/s/ Lisa M. Stewart
An employee of DICKINSON WRIGHT PLLC

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

3 of 3

LVEGAS 72264-1 93904v1