DICKINSON WRIGHT PLLC
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOANNA M. MYERS
Nevada Bar No. 12048
Email: jmyers@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMP GmbH & Co KG,<br><br>Plaintiff,<br><br>v.<br><br>ONU.COM, an Internet domain name,<br><br>Defendants. | Case No.: 2:16-cv-02147-APG-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXONERATE CASH BOND** |

Having reviewed Plaintiff SMP GmbH & Co KG's, Motion to Exonerate Cash Bond, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's cash bond in the amount of ONE HUNDRED DOLLARS ($100.00) posted with the Court on September 14, 2016 (Receipt No. NVRNO00340), be returned to John L. Krieger at the law firm of Dickinson Wright PLLC located at 8363 West Sunset Road, Suite 200, Las Vegas, Nevada 89113.

Dated: January 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

LVEGAS 72264-1 93921v1